IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| PDS INVESTMENT PROPERTIES, LLC §<br>DBA ORANGE INN & SUITES AND §<br>THE ORANGE HOTEL §<br>§<br>*Plaintiff,* §<br>§<br>VS. §<br>§<br>CENTURY SURETY COMPANY §<br>§<br>*Defendant.* § | CIVIL ACTION NO. 1:22-CV-00577<br>JUDGE MICHAEL J. TRUNCALE |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Joint Stipulation of Dismissal with Prejudice. [Dkt. 21]. The Parties are seeking a dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, and the Parties shall bear their own attorney's fees and costs.

It is further **ORDERED** that all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED** this 5th day of January, 2024.

*[signature: Michael J. Truncale]*

Michael J. Truncale
United States District Judge